UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERTO DURAND,<br><br>　　　　　　　Plaintiff<br><br>　v.<br><br>MUARO,<br><br>　　　　　　　Defendant | Case No. 3:22-cv-00406-ART-CLB<br><br>**ORDER** |

**I.　DISCUSSION**

On September 12, 2022, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* ("IFP application") or pay the full $402 filing fee for a civil action on or before November 14, 2022. (ECF No. 3). On September 14, 2022, November 10, 2022, and November 16, 2022, Plaintiff filed three incomplete IFP applications. (ECF Nos. 4, 5, 6). Plaintiff has not submitted an inmate account statement for the previous six-month period with his IFP application documents. Plaintiff is advised that a Financial Certificate (page 4 of this Court's application) and an inmate account statement for the previous six-month period are two separate documents the Court requires to consider his IFP application fully complete.

Because it appears that an extension of the initial deadline and another court order are meaningful alternatives to dismissal here, the Court will grant Plaintiff **one final opportunity** to submit an inmate account statement for the previous six-month period to the Court on or before **December 21, 2022**. *See Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (providing that "district court need not exhaust every sanction short of dismissal before finally dismissing a case, but must explore possible and meaningful alternatives").

**II.　CONCLUSION**

For the foregoing reasons, IT IS ORDERED that on or before **December 21, 2022**, Plaintiff shall either: (1) file a fully complete IFP application, on the correct form with

complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $402 fee for filing a civil action (which includes the $350 filing fee and the $52 administrative fee).

      IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, this case will be subject to dismissal without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff is able to submit a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action.

      DATED:  21st day of November 2022.

_____
UNITED STATES MAGISTRATE JUDGE